UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID JOHNSON,<br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>          Defendant. | **Case No.:** 0:20-cv-02136-NEB-TNL<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff David Johnson and Defendant Experian Information Solutions, Inc. ("Experian") have settled all claims between them. The parties are in the process of completing the final settlement documents and a Motion to Dismiss is expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Experian. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 9th day of February 2021,

By: *s/Jenna Dakroub*
Jenna Dakroub
Bar Number: 0401650
*Attorneys for Plaintiff David Johnson*
**Price Law Group**
8245 N. 85th Way
Scottsdale, AZ 85258
E: jenna@pricelawgroup.com
Telephone: (818) 600-5513
Fax: (818) 600-5413

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Brianna Frohman*