UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID JOHNSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>　　　　　　　Defendant. | Case No.: 0:20-cv-02136-NEB-TNL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff David Johnson ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only. The parties shall bear their own attorneys' fees and costs. There are no remaining defendants in this matter.

Respectfully submitted this 5th day of March 2021.

By: */s/ Emma J. Lanzon*
Emma J. Lanzon
(admitted pro hac vice)
**JONES DAY**
77 West Wacker
Chicago, IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
elanzon@jonesday.com

By: *s/Jenna Dakroub*
Jenna Dakroub
Bar Number: 0401650
**Price Law Group**
8245 N. 85th Way
Scottsdale, AZ 85258
E: jenna@pricelawgroup.com
Telephone: (818) 600-5513
Fax: (818) 600-5413
*Attorneys for Plaintiff
David Johnson*

1

Gregory J. Myers, MN #287398
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
gjmyers@locklaw.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5th, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Brianna Frohman*