UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID JOHNSON,<br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>          Defendant. | Case No.:  0:20-cv-02136-NEB-TNL<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing;

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, as to Experian, with the parties to bear their own attorneys' fees and costs. The Clerk of the Court shall terminate the action as there are no remaining defendants in this matter.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
The Honorable Tony N. Leung
U.S. District Court Judge

1