# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID JOHNSON, | Case No. 20-CV-2136 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on March 5, 2021 (ECF No. 23), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own attorneys' fees and costs.

Dated: March 5, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge